UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Stephen M. Gowan, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Mid Century Insurance Company, )<br>a division of Farmers Insurance )<br>Group, )<br>)<br>Defendant. )<br>_____ ) | Civ. 14-5025-JLV |

**Plaintiff's Unopposed Motion to Extend Time**
**<u>re: Motion to Compel Discovery</u>**

The Scheduling Order provides that motions to compel discovery shall be filed no later than 14 days after failure of good faith efforts to resolve the dispute. Doc. 13 ¶ 5. Plaintiff's motion to compel discovery was due December 26. Plaintiff moves to extend the time to file a motion to compel discovery until December 30. Defendant does not object.

Dated: December 27, 2014        Respectfully submitted,

<div style="margin-left: 200px;">

<u>/s/ James D. Leach</u>
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.

</div>

>Rapid City, SD 57702
>(605) 341-4400 tel
>(605) 341-0716 fax
>jim@southdakotajustice.com
>Attorney for Plaintiff

<u>Certificate of Service</u>

I certify that on December 27, 2014, I filed this document electronically, thereby causing automatic electronic service to be made on defendant's attorneys.

>  <u>/s/ James D. Leach</u>
>  James D. Leach