UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Stephen M. Gowan, ) | |
| ) | |
|     Plaintiff, ) | Civ. 14-5025-JLV |
| ) | |
| v. ) | |
| ) | |
| Mid Century Insurance Company, ) | |
| a division of Farmers Insurance ) | |
| Group, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

## Plaintiff's Second Unopposed Motion re: Scheduling Order

Two motions to compel discovery are pending. Accordingly, plaintiff moves to extend the dates set forth in Doc. 18, Order Granting Extension, by 180 days. Defendant does not oppose this motion.

Dated: February 25, 2015    Respectfully submitted,

    /s/ James D. Leach
    James D. Leach
    Attorney at Law
    1617 Sheridan Lake Rd.
    Rapid City, SD 57702
    (605) 341-4400 tel
    (605) 341-0716 fax
    jim@southdakotajustice.com
    Attorney for Plaintiff

Certificate of Service

    I certify that on February 25, 2015, I filed this document electronically, thereby causing automatic electronic service to be made on defendant's attorneys.

                                            /s/ James D. Leach
                                            James D. Leach