UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN M. GOWAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MID CENTURY INSURANCE COMPANY, a division of Farmers Insurance Group,<br><br>　　　　Defendant. | CIV. 14-5025-JLV<br><br>ORDER GRANTING EXTENSION |

Pursuant to plaintiff's unopposed motion for an extension of deadlines, it is hereby

ORDERED that the motion (Docket 33) is granted and the scheduling order is amended as follows:

1. The parties have until **August 31, 2015**, to move to join additional parties and to amend the pleadings.

2. The identity of and reports from retained experts under Rule 26(a)(2) shall be due from plaintiff by **August 31, 2015**, and from defendant by **September 29, 2015**;

3. All discovery, including expert discovery, shall be commenced in time to be completed by **November 30, 2015**;

4. All motions, other than motions *in limine*, together with supporting briefs, shall be filed and served on or before **December 28, 2015**; and

5. Designations, disclosures, and reports under Rule 26(a)(2) are **not** filed with the Clerk.

IT IS FURTHER ORDERED that all other provisions of the court's scheduling order (Docket 13) remain in effect unless specifically changed.

Dated February 26, 2015.

        BY THE COURT:

        /s/ *Jeffrey L. Viken*
        JEFFREY L. VIKEN
        CHIEF JUDGE